AGREEMENT

This Agreement shall be effective on the date of signature of the last signing party hereof and is between

DUPHAR B.V., C.J. van Houtenlaan 36, 1381 CP Weesp, The Netherlands (hereinafter "DUPHAR")

and

THE DOW CHEMICAL COMPANY, Williard H. Dow Center, Midland, Michigan 48674, United States of America (hereinafter "DOW").

Background

DUPHAR and DOW have agreed on the terms of a license agreement (hereinafter "License Agreement") in which Duphar grants to DOW a non-exclusive license under certain DUPHAR Patents to manufacture, have manufactured, use and sell N-(((3,5-dichloro-4-(1,1,2,2-tetrafluoroethoxy)phenyl)amino)carbonyl)-2,6-difluorobenzamide (hereinafter "hexafluron") in the United Kingdom. Furthermore, DUPHAR warrants to DOW that certain of DUPHAR's Patents (with the exception of U.S. patents of DUPHAR) will not be asserted against DOW, DOW's sublicensee or their respective distributors/sellers and customers thereof to prevent the sale of hexafluron and/or products containing hexafluron. Under the License Agreement, DOW is also granted limited sublicensing rights.

As part of DUPHAR's consideration in granting the aforementioned rights, DUPHAR contemplates manufacturing or supplying a portion of DOW's or DOW's sublicensee's requirements of 2,6-difluorobenzamide (hereinafter "DFBAM") used in the manufacture of hexafluron. DOW has indicated its desire to obtain a portion of its or its sublicensee's needs of DFBAM on the following terms and conditions:

CROMPTON/UNIROYAL
MR. INGULLI DECLARATION
ENCLOSURE 2

Exhibit 2

1. Provided that DUPHAR and DOW enter into the aforementioned License Agreement, DUPHAR and DOW will work together and use their best efforts to ensure that DUPHAR can provide DFBAM suitable for use in manufacturing hexafluron in accordance with reasonable product specifications agreed on between DUPHAR and DOW.

2. Provided that DUPHAR can provide DFBAM according to the agreed on product specifications and at an agreed competitive price based on materials of equivalent quality. DOW shall purchase at least sixty (60%) of its needs of DFBAM (from such time as the DFBAM manufactured by DUPHAR meets the agreed on product specifications) required for the manufacture of hexafluron in the United Kingdom. The supply of DFBAM by DUPHAR to DOW shall be the subject of one or more mutually acceptable supply agreements to be entered into in which DOW and DUPHAR will agree on the quantity of DFBAM to be purchased and the purchase price therefor. DUPHAR and DOW shall enter into such supply agreement(s) as soon as reasonably possible after DUPHAR's DFBAM meets the agreed on product specifications. The price, quality and quantity requirements concerning the supply of DFBAM by DUPHAR to DOW shall be reviewed periodically as deemed appropriate by DUPHAR and DOW under the terms of the supply agreement.

3. It is agreed that DOW's sublicensee under the License Agreement and/or another DOW affiliated company may perform all or a portion of DOW's obligations hereunder.

4. In case of any dispute arising out of this Agreement the Courts and Law of the domicile of the party sued shall be competent, however, the parties agree so far as possible to use every reasonable effort to settle any dispute or disagreement between

Exhibit 2

them relative to this Agreement by amicable means and if necessary utilise the assistance of an independent party acceptable to both sides and not to resort to legal action unless and until the parties have in good faith attempted to settle such dispute or disagreement in the foregoing manner.

5. In the event any provision of this Agreement should be held invalid, the parties undertake to use reasonable efforts in order to reach a mutually agreed modification of such provision to achieve the spirit and intent of this Agreement, so that the same becomes valid again and the remaining part of this Agreement shall not be effected thereby.

6. This Agreement shall terminate May 14, 1991.

Each party hereto has caused this Agreement to be signed by its respective duly authorised representative indicating acceptance of the terms hereof.

| AGREED TO AND ACCEPTED: | AGREED TO AND ACCEPTED: |
|---|---|
| DUPHAR B.V. | THE DOW CHEMICAL COMPANY |
| By _[signature]_ | By _[signature]_ |
| Name _[handwritten]_ | Name John L. Hagaman |
| Title _[handwritten]_ | Title President, Global Agricultural Products |
| Date _[handwritten]_ | Date April 4, 1988 |

RZ/BS/0503S

Exhibit 2